SYNQOR, INC., Plaintiff–Appellee,

v.

ARTESYN TECHNOLOGIES, INC. and
ASTEC America, Inc., Defendants–
Appellants,

and

Bel Fuse, Inc., Defendant–Appellant,

and

Cherokee International Corp. and
Lineage Power Corp., Defendants–Appellants,

and

Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power–One, Inc., Defendants–Appellants.

Nos. 2011–1191, 2011–1192,
2011–1193, 2011–1194.

United States Court of Appeals,
Federal Circuit.

Feb. 1, 2011.

Before LINN, Circuit Judge.

## ON MOTION

## ORDER

Lineage Power Corporation and Cherokee International Corporation (Lineage) submit a motion for a stay, pending appeal, of the injunction entered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

SynQor, Inc. is directed to respond no later than February 7, 2011. The injunction is temporarily stayed to the extent that it applies to products specified on page 20 of Lineage's motion that Lineage asserts are sold to Cisco Systems, Inc., Cray, Inc., Radisys Corporation, Enterasys Networks, Fujitsu, and Juniper pending this court's consideration of the papers submitted.